

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2017

No. 04-17-00051-CV

Bertha Ines **TORRES**, Individually for the Wrongful Death of Benjamin Torres, as Representative of the Estate of Benjamin Torres, Deceased, and as Next Friend of Michael Rene Torres, Rose Marie Torres, and Joaquin Gael Torres, Minor Children; et. al,
Appellants

v.

**UPPER VALLEY HELPSOURCE, INC.** and TIBH Industries, Inc.,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 17-02-56845-CV
Honorable Richard C. Terrell, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to April 19, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:
Robert C. Hilliard
719 S. Shoreline, Suite 500
Corpus Christi, TX 78401

R. Wayne Gordon
1201 Elm Street
Dallas, TX 75270-2196

James M. Parker Jr.
10001 Reunion Pl Ste 600
San Antonio, TX 78216-4140

Gonzalo J. Barrientos
555 N. Carancahua, Suite 1400
Corpus Christi, TX 78478

J. Mark Craun
10001 Reunion Place
Suite 600
San Antonio, TX 78216

Catherine Tobin
719 S Shoreline Blvd Ste 500
Corpus Christi, TX 78401-3548

Andrew Tucker Fifield
1201 Elm Street
Dallas, TX 75270-2196